**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John S. PANGELINAN, Defendant—
Appellant.**

No. 02–10535.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2004.*

Decided Feb. 20, 2004.

Patrick J. Smith, Esq., United States Attorney, Saipan, MP, for Plaintiff–Appellee.

Colin Fieman, Esq., FPDWA—Federal Public Defender's Office, Tacoma, WA, for Defendant–Appellant.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: D.W. NELSON, KLEINFELD, and FISHER, Circuit Judges.

MEMORANDUM \*\*

The district court never converted its August 6, 2001 order issuing a preliminary injunction into a permanent injunction, nor did it indicate any intent for the preliminary injunction to continue beyond the entry of a final judgment. Therefore, the preliminary injunction expired upon entry of a final judgment on April 24, 2002. *See Taylor v. United States*, 181 F.3d 1017, 1022 n. 9 (9th Cir.1999); *Sweeney v. Hanley*, 126 F. 97, 99 (9th Cir.1903). Pangelinan cannot be held in criminal contempt of an expired injunction. Pangelinan's conviction for criminal contempt under 18 U.S.C. § 401(3) is

**REVERSED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.